CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

JAN 15 2008

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

ANTHONY DE SEAN LEWIS,
    Petitioner,

Civil Action No. 7:08-cv-00009

v.

**FINAL ORDER**

SHERIFF J. T. WHITT,
    Respondent.

By: Hon. Glen E. Conrad
United States District Judge

In accordance with the written memorandum opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that the above referenced petition for writ of habeas corpus, pursuant to 28 U.S.C. §2254, shall be and hereby is **DISMISSED** without prejudice for failure to exhaust state court remedies and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this final order and the accompanying memorandum opinion to the petitioner.

ENTER: This 15th day of January, 20008.

_____
United States District Judge